(28 Misc. Rep. 173.)

### McKENNA v. FIREMAN'S INS. CO.

(Supreme Court, Appellate Term. June 28, 1899.)

GREATER NEW YORK—MUNICIPAL COURT—JURISDICTIONS.
    In an action for the recovery of money only, the municipal court has no jurisdiction, where defendant is a nonresident.

Appeal from municipal court, borough of Manhattan, Tenth district.
Action by Charles F. McKenna against the Fireman's Insurance Company. From a judgment for plaintiff, defendant appeals. Reversed.

Argued before FREEDMAN, P. J., and MacLEAN and LEVEN-TRITT, JJ.

Wm. F. Murry, for appellant.

Francis D. Hoyt, for respondent.

FREEDMAN, P. J. The complaint in this action avers that the defendant is a corporation duly organized under the laws of the state of New Jersey. The answer does not deny this allegation; consequently that averment stands admitted on the record. That being so, the municipal court had no jurisdiction. Rieser v. Charles F. Parker & Co., 27 Misc. Rep. 205, 57 N. Y. Supp. 745.

Judgment reversed, with costs to the appellant. All concur.